IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHAHZAD CHOUDRY SARWAR, | |
| Petitioner, | **8:26CV343** |
| vs. | |
| JEROME KRAMER, (Sheriff Lincoln Count Det Cent);  IMMIGRATION AND CUSTOMS ENFORCEMENT, (ICE);  UNITED STATES IMMIGRATION AND CUSTOMS, (USCIS); and  MARKWAYNE  MULLIN,  (Sec Homeland Sec); | **MEMORANDUM AND ORDER** |
| Respondents. | |

Petitioner filed a Petition for Writ of Habeas Corpus, Filing No. 1, and a Motion for Leave to Proceed in Forma Pauperis, Filing No. 2.  Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee.  28 U.S.C. § 1914(a).  However, after considering Petitioner's financial status as indicated in his Motion, leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the filing fee.  *See* 28 U.S.C. § 1915(a)(1).

IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Proceed in Forma Pauperis, Filing No. 2, is granted.

Dated this 15th day of July, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge